## United States District Court for the Northern District of Illinois

Case Number: 08CV3686          Assigned/Issued By: DAJ

Judge Name: KENDALL          Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2893661

Date Payment Rec'd: 06/27/08          Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

<u>  5  </u> Original and <u>  0  </u> copies on <u> 06/27/08 </u> as to <u> DEF'S. </u>
                                         (Date)

---