**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William J. Gross

Plaintiff,

v.                                                    Case No.: 1:08−cv−03686
                                                      Honorable Virginia M. Kendall

Rush Hour Events, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

    MINUTE entry before the Honorable John F. Keenan:Initial Status hearing set for
9/23/2008 at 09:00 AM. Joint Status Report due by 9/16/2008. (See Judge Kendall's web
page found at www.ilnd.uscourts.gov for information about status reports). The parties are
to report on the following: (1) Possibility of settlement in the case; (2) If no possibility of
settlement exists, the nature and length of discovery necessary to get the case ready for
trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is
directed to appear at this status hearing. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.