# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:    08 CV 3686

WILLIAM J. GROSS v

RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR MARKETING, LLC;

ROBERT E. HOVEY, JR., individually and as member of RUSH HOUR EVENTS, LLC; JAMES F. DAVIS, II, individually and as member of RUSH HOUR EVENTS, LLC; DAVID J. BOTTNER, individually and as member of RUSH HOUR EVENTS, LLC; and ROBERT MONCADA, individually and as member of RUSH HOUR EVENTS, LLC

**FILED**
J.N
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

RUSH HOUR EVENTS, LLC, ROBERT E. HOVEY, JR., JAMES F. DAVIS, II, DAVID J. BOTTNER, and ROBERT MONCADA

---

NAME (Type or print)

David L. Rudolph

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

FIRM

Law Offices of David L. Rudolph, PC

STREET ADDRESS

111 W. Washington St., Suite 823

CITY/STATE/ZIP

Chicago, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230168 | (312) 236-8808 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                        APPOINTED COUNSEL