

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

WILLIAM J. GROSS,

Plaintiff,

v.

RUSH HOUR EVENTS, LLC, f/k/a RUSH
HOUR MARKETING, LLC; ROBERT E.
HOVEY, JR., individually and as member of
RUSH HOUR EVENTS, LLC; JAMES F.
DAVIS, II, individually and as member of
RUSH HOUR EVENTS, LLC; DAVID J.
BOTTNER, individually and as member of
RUSH HOUR EVENTS, LLC; and ROBERT
MONCADA, individually and as member of
RUSH HOUR EVENTS, LLC,

Defendants.

JUL 2 5 2008  T C
7-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 08 CV 3686

JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

## DEFENDANTS' MOTION TO VACATE AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME, Rush Hour Events, LLC, Robert E. Hovey, JR., James F. Davis, David J. Bottner, and Robert Moncada, by and through their attorneys, the Law Offices of David L. Rudolph, and in support of their Motion to Vacate and For Extension of Time to Answer or Otherwise Plead, state the following:

1.      The Law Offices of David L. Rudolph were engaged by Defendants to defend this case on the merits in mid-July.

2.      Due to the complexity of the case, and numerous paragraphs 99 in total, Defendants require more time to make their substantive response.

3.     This is Defendants' first request for extension of time to Answer or otherwise plead.

4.     Defendants' attorney left a voice mail with Plaintiff's attorney and sent an email asking if he intended to contest this motion; however, at the time of filing this motion Defendants have not heard from Plaintiff's attorney.

Wherefore, Defendants pray this court vacate any technical default, and grant Defendants fourteen (14) days to Answer or otherwise plead, and leave to file a counter-claim.

Respectfully submitted,

Attorney for Defendants, RUSH HOUR
EVENTS, LLC, ROBERT E. HOVEY, JR.,
JAMES F. DAVIS, DAVID J. BOTTNER,
and ROBERT MONCADA.

David L. Rudolph
Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel: (312) 236-8808
Fax: (312) 276-8513
Atty No. 6230168