MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. GROSS,<br><br>Plaintiff,<br><br>v.<br><br>RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR MARKETING, LLC; ROBERT E. HOVEY, JR., individually and as member of RUSH HOUR EVENTS, LLC; JAMES F. DAVIS, II, individually and as member of RUSH HOUR EVENTS, LLC; DAVID J. BOTTNER, individually and as member of RUSH HOUR EVENTS, LLC; and ROBERT MONCADA, individually and as member of RUSH HOUR EVENTS, LLC,<br><br>Defendants. | FILED<br>JUL 2 5 2008 TC<br>7-25-2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>No. 08 CV 3686<br><br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

### NOTICE OF MOTION

Please take notice that on <u>July 30, 2008 at 9:00 a.m.</u>, I shall appear before the Honorable Judge Virginia Kendall in Courtroom 2319 in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and there and then present the enclosed Defendants' Motion for Extension of Time to Answer or Otherwise Plead, at which time and place you are invited to appear, and copy of which is attached hereto.

/s/ Sarah M. Adams

David L. Rudolph
Sarah M. Adams
Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel: (312) 236-8808
Fax: (312) 276-8513
Atty No. 6230168

### CERTIFICATE OF SERVICE

I, an attorney, state that the Defendants' Motion for Extension of Time to Answer or Otherwise Plead was served electronically to all law firms of record via email on July 25, 2008.

Richard S. Zachary
Attorney for Plaintiff
180 N. LaSalle, Suite 1925
Chicago, IL 60601
RSZ@zacharylaw.net

By: /s/ Sarah M. Adams
Sarah M. Adams