IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR MARKETING, LLC; ROBERT E. HOVEY, JR., individually and as member of RUSH HOUR EVENTS, LLC; JAMES F. DAVIS, II, individually and as member of RUSH HOUR EVENTS, LLC; DAVID J. BOTTNER, individually and as member of RUSH HOUR EVENTS, LLC; and ROBERT MONCADA, individually and as member of RUSH HOUR EVENTS, LLC,<br><br>    Defendants. | No. 08 CV 3686<br><br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

### NOTICE OF MOTION

Please take notice that on Tuesday, August 19, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Virginia Kendall in Courtroom 2319 in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and there and then present the enclosed Defendants' 12(b)(6) Motion to Dismiss Count I of Plaintiff's Complaint, at which time and place you are invited to appear, and copy of which is attached hereto.

David L. Rudolph
Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel: (312) 236-8808
Fax: (312) 276-8513
Atty No. 6230168

### CERTIFICATE OF SERVICE

I, an attorney, state that the Defendants' 12(b)(6) Motion to Dismiss Count I of Plaintiff's Complaint was served electronically to all law firms of record via email on August 13, 2008.

Richard S. Zachary
Attorney for Plaintiff
180 N. LaSalle, Suite 1925                By: _____
Chicago, IL 60601                                  David L. Rudolph
RSZ@zacharylaw.net