IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. GROSS,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR MARKETING, LLC; ROBERT E. HOVEY, JR., individually and as member of RUSH HOUR EVENTS, LLC; JAMES F. DAVIS, II, individually and as member of RUSH HOUR EVENTS, LLC; DAVID J. BOTTNER, individually and as member of RUSH HOUR EVENTS, LLC; and ROBERT MONCADA, individually and as member of RUSH HOUR EVENTS, LLC,<br><br>    Defendants. | No. 08 CV 3686<br><br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

## DEFENDANTS' 12(b)(6) MOTION TO DISMISS INDIVIDUALLY NAMED DEFENDANTS IN COUNTS I AND II OF PLAINTIFF'S COMPLAINT

NOW COME, Robert E. Hovey, Jr., James F. Davis, David J. Bottner, and Robert Moncada, by and through their attorneys, the Law Offices of David L. Rudolph, and in support of their 12(b)(6) Motion to Dismiss Individually Named Defendants in Counts I and II of Plaintiff's Complaint, state the following:

1. Plaintiff's Complaint names Rush Hour Events, LLC, Robert E. Hovey, Jr. (hereinafter "Hovey"), James F. Davis, (hereinafter "Davis"), David J. Bottner, and Robert Moncada as Defendants in Counts I and II.

2. Attached hereto as Exhibit A is a current Certificate of Good Standing for Rush Hour Events, LLC (hereinafter "Rush Hour") from the Illinois Secretary of State.

3. Section 10-10 of the Illinois Limited Liability Act (805 ILCS 180 et. seq.) states in pertinent part;

> . . . the debts, obligations, and liabilities of a limited liability company, whether arising in contract, tort, or otherwise, are solely the debts, obligations, and liabilities of the company. A member or manager is not personally liable for a debt, obligation, or liability of the company solely by reason of being or acting as a member or manager.

4. As Rush Hour is in good standing, there is no basis for these individuals to be personally liable for the debts, obligations or liabilities of the company, as pled in Plaintiff's Count I which is based on Rush Hour's alleged violation of the Illinois Wage Payment and Collection Act, and Count II which is based on Rush Hour's alleged breach of contract.

5. Further, Complaint is devoid of any allegations as to why the individually named Defendants face individual or derivative liability for the acts of the limited liability company.

6. The only counts in the Complaint which allege facts to support the finding of individual liability are Count III, alleging slander and defamation by Davis, and Count V alleging slander and defamation by Hovey.

WHEREFORE, Robert E. Hovey, Jr., James F. Davis, David J. Bottner and Robert Moncada, by and through their attorneys, The Law Offices of David L. Rudolph, P.C., hereby move this Court to dismiss Counts I and II of Plaintiff's Complaint against them individually, Defendants further move this Court for any other relief this Court deems just.

2

# noqa

Respectfully Submitted,

_____
Attorneys for Defendants, Rush Hour Events, LLC, Robert E. Hovey, Jr., James F. Davis, David J. Bottner, and Robert Moncada

David L. Rudolph
Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel: (312) 236-8808
Fax: (312) 276-8513
Atty No. 6230168

3

File Number 0179701-8



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that*

RUSH HOUR EVENTS, LLC, HAVING ORGANIZED IN THE STATE OF ILLINOIS ON MARCH 14, 2006, APPEARS TO HAVE COMPLIED WITH ALL PROVISIONS OF THE LIMITED LIABILITY COMPANY ACT OF THIS STATE, AND AS OF THIS DATE IS IN GOOD STANDING AS A DOMESTIC LIMITED LIABILITY COMPANY IN THE STATE OF ILLINOIS.

**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 12TH *day of* AUGUST *A.D.* 2008 .



Authentication #: 0822501380
Authenticate at: http://www.cyberdriveillinois.com

*Jesse White*
SECRETARY OF STATE



EXHIBIT A