**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WILLIAM J. GROSS,

      Plaintiff,

      v.

RUSH HOUR EVENTS, LLC, f/k/a RUSH
HOUR MARKETING, LLC; ROBERT E.
HOVEY, JR., individually and as member of
RUSH HOUR EVENTS, LLC; JAMES F.
DAVIS, II, individually and as member of
RUSH HOUR EVENTS, LLC; DAVID J.
BOTTNER, individually and as member of
RUSH HOUR EVENTS, LLC; and ROBERT
MONCADA, individually and as member of
RUSH HOUR EVENTS, LLC,

      Defendants.

No. 08 CV 3686

JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

## NOTICE OF MOTION

      Please take notice that on Tuesday, <u>August 19, 2008 at 9:00 a.m.</u>, I shall appear before the Honorable Judge Virginia Kendall in Courtroom 2319 in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and there and then present the enclosed Defendants' 12(b)(6) Motion to Dismiss Individually Named Defendants in Counts I and II of Plaintiff's Complaint, at which time and place you are invited to appear, and copy of which is attached hereto.

                                             _____

David L. Rudolph
Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel:  (312) 236-8808
Fax: (312) 276-8513
Atty No.  6230168

## CERTIFICATE OF SERVICE

I, an attorney, state that the Defendants' 12(b)(6) Motion to Dismiss Individually Named Defendants in Counts I and II of Plaintiff's Complaint was served electronically to all law firms of record via email on August 13, 2008.

Richard S. Zachary
Attorney for Plaintiff
180 N. LaSalle, Suite 1925
Chicago, IL  60601
RSZ@zacharylaw.net

                       By: _____
                               David L. Rudolph