IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. GROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR MARKETING, LLC; ROBERT E. HOVEY, JR., individually and as member of RUSH HOUR EVENTS, LLC; JAMES F. DAVIS, II, individually and as member of RUSH HOUR EVENTS, LLC; DAVID J. BOTTNER, individually and as member of RUSH HOUR EVENTS, LLC; and ROBERT MONCADA, individually and as member of RUSH HOUR EVENTS, LLC,<br><br>    Defendants. | No. 08 CV 3686<br><br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

NOTICE OF FILING

**To:**    Richard S. Zachary
Attorney for Plaintiff
180 N. LaSalle St., Suite 1925
Chicago, IL 60601

    Please take notice that on August 13, 2008, we filed with the United States District Court, Northern District of Illinois, Eastern Division, Defendant/Counter-Plaintiff's Counter-Claim, a copy of which is hereby served upon you.

Law Offices of David L. Rudolph
111 W. Washington, St., Suite 823
Chicago, IL 60602
Tel: (312) 236-8808
Fax: (312) 276-8513
Atty No. 39308

CERTIFICATE OF SERVICE

    I, an attorney, state that the Defendant/Counter-Plaintiff's Counter-Claim was served electronically to all law firms of record via email on August 13, 2008.

    BY: _____
             David L. Rudolph