**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM GROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR | ) | |
| MARKETING, LLC; ROBERT E. HOVEY, JR., | ) | No. 08 CV 3686 |
| individually and as member of RUSH HOUR | ) | |
| EVENTS, LLC;  JAMES F. DAVIS, II, individually | ) | Judge Kendall |
| and as member of RUSH HOUR EVENTS, LLC; | ) | Magistrate Judge Nolan |
| DAVID BOTNER, individually and as member | ) | |
| of RUSH HOUR EVENTS, LLC; and ROBERT | ) | |
| MONCADA, individually and as member of | ) | |
| RUSH HOUR EVENTS, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS 12(b)(6) MOTION TO DISMISS
INDIVIDUALLY NAMED DEFENDANTS IN COUNTS I AND II OF THE
COMPLAINT**

Plaintiff, by and through his undersigned counsel, herewith responds to the defendants'

aforesaid motion to dismiss, stating as follows:

1.      Defendants have filed a Rule 12(b)(6) motion to dismiss the individually named

defendants in Counts I and II of plaintiff's complaint.  Defendants argue (page 2) that "Rush Hour

is in good standing [as a corporation]," and that plaintiff's complaint "is devoid of any allegations"

which support individual liability for the named defendants.

2.      Under the Illinois Wage Payment and Collection Act ("Wage Act"), 820 ILCS 115/1

*et seq.*, the employers and officers of a corporation are held personally liable for wages due and

owing, where an appropriate demand was made [and disregarded], and the officers were personally

aware that such earned wages were being withheld.  Stafford v. Puro, 63 F.3d 1436, 1439-42 (7th Cir.

1995).

3.     Plaintiff's Complaint [at Count I] sets forth competent allegations, sufficient to demonstrate that the individually named defendants are indeed subject to personal liability in this matter.

WHEREFORE, the plaintiff requests the following relief of this Honorable Court:

A.     For an order denying defendants' motion to dismiss the individually named defendants in Counts I and II of plaintiff's complaint;

B.     For such other relief as this Court deems appropriate.


Respectfully submitted,


**s/ Richard S. Zachary**
Bar No. 6197914
Attorney for Plaintiff
180 North LaSalle, Suite 1925
Chicago, Illinois 60601
Phone: (312) 795-9003
e-mail: RSZ@zacharylaw.net