IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM GROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| RUSH HOUR EVENTS, LLC, f/k/a RUSH HOUR | ) | |
| MARKETING, LLC; ROBERT E. HOVEY, JR., | ) | No. 08 CV 3686 |
| individually and as member of RUSH HOUR | ) | |
| EVENTS, LLC;  JAMES F. DAVIS, II, individually | ) | Judge Kendall |
| and as member of RUSH HOUR EVENTS, LLC; | ) | Magistrate Judge Nolan |
| DAVID BOTNER, individually and as member | ) | |
| of RUSH HOUR EVENTS, LLC; and ROBERT | ) | |
| MONCADA, individually and as member of | ) | |
| RUSH HOUR EVENTS, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** David L. Rudolph
Law Offices of David L. Rudolph
111 West Washington, Suite 823
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on September 2, 2008, I electronically filed with the Clerk of Court for the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street in Chicago, Illinois, plaintiff's Response to Motion to Dismiss Count I of the Complaint, a copy of which is herewith served upon you.

**//Richard S. Zachary**
180 North LaSalle, Suite 1925
Chicago, Illinois 60601
Phone: (312) 795-9003
e-mail: RSZ@zacharylaw.net

## ATTORNEY'S CERTIFICATE OF SERVICE

The undersigned Attorney certifies that he effectuated electronic service of the above-referenced pleadings upon the attorney at the address set forth above, on September 2, 2008.

**//Richard S. Zachary**

Case 1:08-cv-03686   Document 26   Filed 09/03/2008   Page 2 of 2